## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| OBIE F. CARLISLE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0422-WS-C |
| BP PLC, et al., | : | |
| Defendants. | | |

### ORDER

This cause is before the undersigned on the motions for admission *pro hac vice* of Richard C. Godfrey (Doc. 46), John T. Hickey, Jr. (Doc. 47), J. Andrew Langan (Doc. 48), and Wendy L. Bloom (Doc. 49). Upon a review of the motions, it is hereby **ORDERED**, adjudged and decreed that counselors Richard C. Godfrey, John T. Hickey, Jr., J. Andrew Langan, and Wendy L. Bloom, as members in good standing of the Bar of the United States District Court for the Northern District of Illinois, who have complied with the rules of this Court, be and are hereby admitted *pro hac vice* to serve the interests of justice in the above-entitled cause.

**DONE** and **ORDERED** this the 3rd day of September, 2010.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**